IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROGRIC SMITH, on his own behalf and**
**on behalf of those similarly situated**                                **PLAINTIFF**

**v.**                         **4:08CV02384-WRW**

**COMCAST CORPORATION**                               **DEFENDANT**

**ORDER**

Pending is Plaintiff's Motion to Lift Stay and For Leave to Amend Complaint (Doc. No. 33). Defendant has responded, and Plaintiff has replied.[1]

Essentially, Plaintiff's Motion is motion for reconsideration -- filed over five months after the original order was entered. While Plaintiff's new allegations are interesting, they do not warrant reconsideration of the March 17, 2009, Order.

Accordingly, Plaintiff's Motion to Lift Stay and For Leave to Amend Complaint (Doc. No. 33) is DENIED.

IT IS SO ORDERED this 1st day of October, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 38, 44.